IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10085
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARCUS HARRIS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-066-1-A
- - - - - - - - - -
September 24, 1997
Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

Marcus Harris appeals from the district court's denial of his request to withdraw his guilty plea. Harris argues that his guilty plea was not knowing and voluntary because he did not understand that his unconditional guilty plea would waive his right to appeal his claim pursuant to the Speedy Trial Act. Harris further argues that the district court abused its discretion when it denied his motion to withdraw his guilty plea.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and find no reversible error. The district court complied with the dictates of Fed. R. Crim. P. 11(c) and informed Harris that he was waiving his right to a speedy and public trial by pleading guilty. <u>United States v. Johnson</u>, 1 F.3d 296, 298 (5th Cir. 1993) (en banc). The district court did not abuse its discretion in denying the motion to withdraw his guilty plea. <u>United States v. Bond</u>, 87 F.3d 695, 701 (5th Cir. 1996). The judgment of the district court is AFFIRMED.

AFFIRMED.